|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |    Patrick E. Gibbs (Bar No. 183174) |
| 2 | 140 Scott Drive |
|   | Menlo Park, California  94025 |
| 3 | Telephone:  (650) 328-4600 |
|   | Facsimile:  (650) 463-2600 |
| 4 | *patrick.gibbs@lw.com* |
| 5 |   |
|   | Attorneys for Defendant |
| 6 | INTERMUNE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD.<br>a Japanese company,<br>          ,<br>                    Plaintiff,<br>          v.<br>INTERMUNE, INC.<br>a Delaware corporation.,<br>                    Defendant. | CASE NO. 3:12-CV-03495-EDL<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: July 5, 2012<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom E – 15th Flr. |

**NOTICE OF APPEARANCE OF PATRICK E. GIBBS ON BEHALF OF**
**<u>DEFENDANT INTERMUNE, INC.</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant InterMune, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

/ / /

/ / /

1 | LATHAM & WATKINS LLP
2 | Patrick E. Gibbs (Bar No. 183174)
  | 140 Scott Drive
  | Menlo Park, CA  94025
3 | Telephone:  (650) 328-4600
  | Facsimile:  (650) 463-2600
4 | Email:  *patrick.gibbs@lw.com*

Dated:  July 27, 2012                    Respectfully submitted,

LATHAM & WATKINS LLP
  Patrick E. Gibbs


By: _____/s/ Patrick E. Gibbs_____
                Patrick E. Gibbs

Attorney for Defendant InterMune, Inc.