LATHAM & WATKINS LLP
   Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
*patrick.gibbs@lw.com*

Attorneys for Defendant
INTERMUNE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD. a Japanese company, <br><br> Plaintiff, <br><br> v. <br><br> INTERMUNE, INC. a Delaware corporation., <br><br> Defendant. | CASE NO. 3:12-CV-03495-EDL <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br> **[CIVIL L. R. 6-1(a)]** <br><br> Complaint Filed: July 5, 2012 <br><br> Magistrate Judge Elizabeth D. Laporte <br> Courtroom E – 15th Flr. |

**STIPULATION TO EXTEND DEFENDANT INTERMUNE, INC.'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT <u>PURSUANT TO CIVIL L. R. 6-1(a)</u>**

    1.    WHEREAS this action was filed by Plaintiff Shionogi & Co., Ltd. on July 5, 2012, and the Complaint for Breach of Contract, Declaratory Relief, Promissory Estoppel, Unjust Enrichment and Accounting (the "Complaint") was served on Defendant InterMune, Inc. ("InterMune") on July 6, 2012;

    2.    WHEREAS pursuant to Fed. R. Civ. P. 12, InterMune's deadline to answer or otherwise respond to Plaintiff's Complaint is July 27, 2012;

3. WHEREAS the parties have agreed for good cause pursuant to Civil L.R. 6-1(a) that Defendant InterMune shall have until and including August 31, 2012 to answer or otherwise respond to Plaintiff's Complaint; and

4. WHEREAS the stipulated extension will not alter the date of any event or deadline already fixed by Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel, that Defendant InterMune shall have until and including August 31, 2012 to answer or otherwise respond to the Complaint.

Dated: July 27, 2012　　　　　　　　　　　LATHAM & WATKINS LLP

By: _____/s/ Patrick E. Gibbs_____
　　　Patrick E. Gibbs (Bar No. 183174)

140 Scott Drive
Menlo Park, CA  94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
*patrick.gibbs@lw.com*

Attorney for Defendant InterMune, Inc.

Dated: July 27, 2012　　　　　　　　　　　JONES DAY

By: _____/s/ Jason S. McDonell_____
　　　Jason S. McDonell (Bar No. 115084)
*jmcdonell@jonesday.com*
Katherine Salo Ritchey (Bar No. 178409)
*ksritchey@jonesday.com*
Noel Rodriguez (Bar No. 228784)
*nrodriguez@jonesday.com*
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Plaintiff Shionogi & Co., Ltd.

/ / /

/ / /

**CIVIL L.R. 5(i)(3) ATTESTATION OF CONCURRENCE OF SIGNATORIES**

I, Patrick E. Gibbs, am the ECF user whose identification and password are being used to file this Stipulation. Pursuant to Civil L. R. 5(i)(3), I hereby attest that Jason McDonell, counsel for Plaintiff, has concurred in the filing of this document.

Dated: July 27, 2012

By: /s/ Patrick E. Gibbs
Patrick E. Gibbs

Attorney for Defendant InterMune, Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

CASE NO. 3:12-cv-03495-EDL
STIP. FOR EXTENSION OF TIME TO RESPOND