LATHAM & WATKINS LLP
    Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
*patrick.gibbs@lw.com*

Attorneys for Defendant
INTERMUNE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD. a Japanese company, <br> , <br> Plaintiff, <br> v. <br> INTERMUNE, INC. a Delaware corporation., <br> Defendant. | CASE NO. 3:12-CV-03495-EDL <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br> **[CIVIL L.R. 3-16]** <br><br> Complaint Filed: July 5, 2012 <br><br> Magistrate Judge Elizabeth D. Laporte <br> Courtroom E – 15th Flr. |

**DEFENDANT INTERMUNE, INC.'S CERTIFICATION**
**OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16**

      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 27, 2012                    Respectfully submitted,

                                        LATHAM & WATKINS LLP
                                          Patrick E. Gibbs

                                          By:      /s/ Patrick E. Gibbs
                                                  Patrick E. Gibbs
                                        Attorney for Defendant InterMune, Inc.