| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LATHAM & WATKINS LLP<br>　Patrick E. Gibbs (Bar No. 183174)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>*patrick.gibbs@lw.com*<br><br>Attorneys for Defendant<br>INTERMUNE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD.<br>a Japanese company,<br>　　　,<br>　　　　　Plaintiff,<br>　　v.<br>INTERMUNE, INC.<br>a Delaware corporation.,<br>　　　　　Defendant. | CASE NO. 3:12-CV-03495-EDL<br><br>**INTERMUNE'S CORPORATE DISCLOSURE STATEMENT**<br>**[FED. R. CIV. P. 7.1]**<br><br>Complaint Filed: July 5, 2012<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom E – 15th Flr. |

### INTERMUNE, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date, InterMune, Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: July 27, 2012　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　Patrick E. Gibbs

　　　　　　　　　　　　　　　　　　　　By: _____/s/ Patrick E. Gibbs_____
　　　　　　　　　　　　　　　　　　　　　　　Patrick E. Gibbs

　　　　　　　　　　　　　　　　　　　　Attorney for Defendant InterMune, Inc.