| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Patrick E. Gibbs (Bar No. 183174) |
| 2 | 140 Scott Drive |
| | Menlo Park, California  94025 |
| 3 | Telephone:  (650) 328-4600 |
| | Facsimile:  (650) 463-2600 |
| 4 | *patrick.gibbs@lw.com* |
| 5 | |
| | Attorneys for Defendant |
| 6 | INTERMUNE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD. a Japanese company, , <br><br>Plaintiff, <br><br>v. <br><br>INTERMUNE, INC. a Delaware corporation., <br><br>Defendant. | CASE NO. 3:12-CV-03495-EDL <br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** <br><br>Complaint Filed: July 5, 2012 <br><br>Magistrate Judge Elizabeth D. Laporte Courtroom E – 15th Flr. |

**DEFENDANT INTERMUNE'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

/ / /

/ / /

| | |
|---|---|
| Dated: August 13, 2012 | Respectfully submitted, |
| | LATHAM & WATKINS LLP |
| |    Patrick E. Gibbs |
| | By: _____/s/ Patrick E. Gibbs_____ |
| |         Patrick E. Gibbs |
| | Attorney for Defendant InterMune, Inc. |