1 | Jason McDonell (State Bar No. 115084)
  | jmcdonell@JonesDay.com
2 | Katherine S. Ritchey (State Bar No. 178409)
  | ksritchey@JonesDay.com
3 | Noel Rodriguez (State Bar No. 228784)
  | nrodriguez@JonesDay.com
4 | JONES DAY
  | 555 California Street, 26th Floor
5 | San Francisco, CA 94104
  | Telephone: 1.415.626.3939
6 | Facsimile: 1.415.875.5700

7 | Attorneys for Plaintiff
  | SHIONOGI & CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHIONOGI & CO., LTD.**, a Japanese company, | Case No. 3:12-CV-03495 EDL |
| Plaintiff, | **STIPULATION REGARDING DISMISSAL WITHOUT PREJUDICE OF CLAIMS 3-5 OF THE COMPLAINT** |
| v. | |
| **INTERMUNE, INC.**, a Delaware corporation, | |
| Defendant. | |

1.     WHEREAS, Plaintiff Shionogi & Co., Ltd. ("Shionogi") filed its Complaint against InterMune, Inc. ("InterMune") for Breach of Contract, Declaratory Relief, Promissory Estoppel, Unjust Enrichment and Accounting (the "Complaint") on July 5, 2012; and

2.     WHEREAS, the parties have determined that the case may be streamlined under the circumstances;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their counsel, that:

A.     InterMune stipulates that the Agreement for Collaboration to Exchange Documents from Clinical Studies between Shionogi and InterMune, effective as of May 27, 2004, and as amended effective February 11, 2010, is valid and binding on the parties thereto;

B.     Shionogi will voluntarily dismiss without prejudice the Promissory Estoppel, Unjust Enrichment and Accounting claims (the Third through Fifth Claims for Relief) of the Complaint by filing a First Amended Complaint omitting those claims on August 31, 2012; and

C.     To the extent circumstances arise supporting a good faith basis for Shionogi to reassert the Promissory Estoppel, Unjust Enrichment and Accounting claims, InterMune will not argue that Shionogi is precluded from asserting those claims by virtue of their earlier dismissal and will not argue that those claims are time-barred either by the applicable statute of limitations or equitable defenses such as laches, provided that such claims were not otherwise time-barred as of July 5, 2012.

Dated: August 31, 2012     Jones Day

By: /s/ Jason McDonell
    Jason McDonell

Attorneys for Plaintiff
SHIONOGI & CO., LTD.

Dated: August 31, 2012     LATHAM & WATKINS LLP

By: /s/ Patrick E. Gibbs
    Patrick E. Gibbs

Attorney for Defendant
INTERMUNE, INC.

**CIVIL L.R. 5(i)(3) ATTESTATION OF CONCURRENCE OF SIGNATORIES**

I, Jason McDonell, am the ECF user whose identification and password are being used to file this Stipulation. Pursuant to Civil L.R. 5(i)(3), I hereby attest that Patrick E. Gibbs, counsel for Defendant, has concurred in the filing of this documents.

Dated: August 31, 2012

Jones Day

By: /s/ Jason McDonell
     Jason McDonell

Attorneys for Plaintiff
SHIONOGI & CO., LTD.

- 2 -

STIP. RE DISMISSAL WITHOUT PREJUDICE CASE NO. 3:12-CV-03495 EDL