UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD. a Japanese Company,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC. a Delaware Corporation,<br><br>Defendant. | CASE NO. 3:12-CV-03495-EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Complaint Filed: July 5, 2012<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom E – 15th Floor |

Andrew M. Englander, whose business address and telephone number is:

> Andrew M. Englander
> CRAVATH, SWAINE & MOORE LLP
> Worldwide Plaza
> 825 Eighth Avenue
> New York, New York 10019
> Telephone: (212) 474-1000

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing InterMune, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained Civil Local Rule 5-1, Electronic Case Filing.

Dated: August 24, 2012

*Elizabeth D. Laporte*
Magistrate Judge Elizabeth D. Laporte

CASE NO. 3:12-cv-03495-EDL
[PROPOSED] ORDER GRANTING ADMISSION
PRO HAC VICE