LATHAM & WATKINS LLP
　　Patrick E. Gibbs (Bar No. 183174)
140 Scott Drive
Menlo Park, California  94025
Telephone:  (650) 328-4600
Facsimile:  (650) 463-2600
*patrick.gibbs@lw.com*

Attorneys for Defendant
INTERMUNE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD. a Japanese company,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTERMUNE, INC. a Delaware corporation,<br><br>　　　　　Defendant. | CASE NO. 3:12-CV-03495-EDL<br><br>**NOTICE OF APPEARANCE**<br><br>Complaint Filed: July 5, 2012<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom E – 15th Flr. |

### NOTICE OF APPEARANCE OF HILARY H. MATTIS ON BEHALF OF <u>DEFENDANT INTERMUNE, INC.</u>

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　　PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record in the above-captioned case on behalf of Defendant InterMune, Inc. and requests that all notices, orders, and/or other information in this case be served upon the individual identified below:

　　　　Hilary H. Mattis (Bar No. 271498)
　　　　LATHAM & WATKINS LLP
　　　　140 Scott Drive
　　　　Menlo Park, CA  94025
　　　　Telephone:  (650) 328-4600
　　　　Facsimile:  (650) 463-2600
　　　　Email:  *hilary.mattis@lw.com*

| | | |
|---|---|---|
| 1 | Dated: 9/5/2012 | Respectfully submitted, |
| 2 | | LATHAM & WATKINS LLP |
| 3 | |    Patrick E. Gibbs |
| 4 | | |
| 5 | | By /s/ Patrick E. Gibbs_____ |
| 6 | |    Patrick E. Gibbs<br>   Attorney for Defendant<br>   InterMune, Inc. |