UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHIONOGI & CO., LTD., a Japanese
Company
              Plaintiff(s),

v.

INTERMUNE, INC., a Delaware
Corporation
              Defendant(s).

Case No. 3:12-CV-03495 EDL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     (2) Discussed the available dispute resolution options provided by the Court and private entities; and

     (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2012/8/30

                                                          S. Matsuzawa
                                                          [Party] General Manager
                                                          Legal Affairs Dept. Shionogi & Co, Ltd.

Dated: 09/06/2012

                                                          [Counsel] Jason McDonell
                                                          Jones Day

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05