| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Patrick E. Gibbs (Bar No. 183174) |
| 2 | 140 Scott Drive |
| | Menlo Park, California  94025 |
| 3 | Telephone:  (650) 328-4600 |
| | Facsimile:  (650) 463-2600 |
| 4 | Email:  patrick.gibbs@lw.com |
| 5 | CRAVATH, SWAINE & MOORE LLP |
| | Gary A. Bornstein, *pro hac vice* |
| 6 | Worldwide Plaza |
| | 825 Eighth Avenue |
| 7 | New York, New York  10019 |
| | Telephone:  (212) 474-1084 |
| 8 | Facsimile:  (212) 474-3700 |
| | Email:  gbornstein@cravath.com |
| 9 | |
| | Attorneys for Defendant InterMune, Inc. |
| 10 | |
| | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD., a Japanese company, | Case No. 3:12-CV-03495-EDL |
| Plaintiff, | **JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| INTERMUNE, INC., a Delaware corporation, | |
| Defendant. | Magistrate Judge Elizabeth D. Laporte<br>Courtroom E – 15th Floor<br>Trial Date:   None Set |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

JOINT STIPULATION TO RESCHEDULE
INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:12-CV-03495-EDL

1  Plaintiff Shionogi & Co., Ltd. ("Shionogi") and Defendant InterMune, Inc.
2 ("InterMune"), by and through their undersigned attorneys, hereby stipulate as follows:
3  WHEREAS the Court issued an Order on July 5, 2012 setting the Initial Case
4 Management Conference for 10:00 a.m. on October 9, 2012 (Dkt. No. 3);
5  WHEREAS the Clerk of Court provided Notice of Resetting the Case Management
6 Conference on September 20, 2012, which provided that the Case Management Conference
7 would be reset for 10:00 a.m. on October 16, 2012 (Dkt. No. 26);
8  WHEREAS counsel for InterMune has a conflict with that date.
9  Accordingly, the parties hereby stipulate and jointly request an Order rescheduling the
10 Initial Case Management Conference for 10:00 a.m. on October 30, 2012.
11 IT IS SO STIPULATED.

12 Dated: September 26, 2012         LATHAM & WATKINS LLP
                                    Patrick E. Gibbs
13
                                    CRAVATH, SWAINE & MOORE LLP
14                                  Gary A. Bornstein

15
                                    By:_____/s/ *Patrick E. Gibbs*_____
16                                         Patrick E. Gibbs

17                                  Attorneys for Defendant InterMune, Inc.

18
   Dated: September 26, 2012         JONES DAY
19
                                    By:_____/s/ *Jason McDonell*_____
20                                         Jason McDonell

21                                  Jason McDonell (Bar No. 115084)
                                    *jmcdonell@jonesday.com*
22                                  Katherine Salo Ritchey (Bar No. 178409)
                                    *ksritchey@jonesday.com*
23                                  Noel Rodriguez (Bar No. 228784)
                                    *nrodriguez@jonesday.com*
24                                  555 California Street, 26th Floor
                                    San Francisco, CA 94104
25                                  Telephone: (415) 626-3939
                                    Facsimile: (415) 875-5700
26
                                    Attorneys for Plaintiff Shionogi & Co., Ltd.
27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

JOINT STIPULATION TO RESCHEDULE
INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:12-CV-03495-EDL

**CIVIL L.R. 5(i)(3) ATTESTATION OF CONCURRENCE OF SIGNATORIES**

I, Patrick E. Gibbs, am the ECF user whose identification and password are being used to file this Joint Stipulation to Reschedule Initial Case Management Conference. Pursuant to Civil L. R. 5(i)(3), I hereby attest that Jason McDonell, counsel for Plaintiff, has concurred in the filing of this document.

Dated: September 26, 2012            By:   /s/ *Patrick E. Gibbs*
                                     Patrick E. Gibbs
                                     Attorney for Defendant InterMune, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

JOINT STIPULATION TO RESCHEDULE
INITIAL CASE MANAGEMENT CONFERENCE
Case No. 3:12-CV-03495-EDL