1  Jason McDonell (State Bar No. 115084)
   jmcdonell@JonesDay.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@JonesDay.com
3  Noel Rodriguez (State Bar No. 228784)
   nrodriguez@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:    +1.415.626.3939
6  Facsimile:     +1.415.875.5700

7  Attorneys for Plaintiff
   SHIONOGI & CO., LTD.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 **SHIONOGI & CO., LTD.,**            **Case No. 3:12-CV-03495-EDL**

14              **Plaintiff,**           **STIPULATION AND PROPOSED
                                          ORDER REGARDING CASE
15        v.                              SCHEDULE FOLLOWING INITIAL
                                          CASE MANAGEMENT
16 **INTERMUNE, INC.,**                   CONFERENCE**

17              **Defendant.**

SFI-779801v1                          STIP. AND PROPOSED ORDER RE CASE
                                         SCHEDULE  3:12-CV-03495-EDL

During the initial case management conference held on November 13, 2012, the Court provided the parties with guidance regarding the case schedule. The parties have met and conferred and agreed to the following case schedule:

| Event | Parties' Joint Proposal |
|---|---|
| Initial Disclosures | October 2, 2012 |
| Deadline to File Motions to Join Parties | November 15, 2012 |
| ADR 1 | By February 28, 2013 |
| Deadline for filing motion or stipulation to Amend Pleadings | March 15, 2013 |
| Supplemental Rule 26(e)(1) Disclosures (as required by Magistrate Laporte's standing order) | June 7, 2013 |
| Close of Fact Discovery | July 5, 2013 |
| Identification of Opening Experts and Subjects of Testimony | July 12, 2013 |
| Deadline for Filing Motion to Compel (as required by Local Rule 37-3) | July 12, 2013 |
| Opening Expert Reports | August 7, 2013 |
| Rebuttal Expert Reports | September 4, 2013 |
| Close of Expert Discovery | October 7, 2013 |
| ADR 2 | TBD |
| Deadline for Filing Motion to Compel Expert Discovery (as required by Local Rule 37-3) | October 14, 2013 |
| Deadline for Hearing Dispositive Motions | December 3, 2013 |
| Deadline for Lead Trial Counsel to Meet and Confer re (1) Joint Pretrial Conference Statement, (2) Preparation and exchange of pretrial materials, and (3) settlement of action | January 13, 2014 |
| Deadline to File Joint Pretrial Conference Statement | February 13, 2014 |

| Event | Parties' Joint Proposal |
|---|---|
| **Deadline to file trial briefs and motions in limine** | February 13, 2014 |
| **Deadline to file proposed voir dire questions, jury instructions and verdict forms** | February 13, 2014 |
| **Deadline to file excerpts from discovery that will be offered at trial (including designations of deposition testimony)** | February 13, 2014<br><br>Affirmative designations will be exchanged between the parties no later than January 27, 2014. Counter-designations will be exchanged no later than February 10, 2014. |
| **Deadline to file exhibits setting forth the qualifications and experience of each expert witness** | February 13, 2014 |
| **Deadline to file list of each party's exhibits and to exchange premarked exhibits and deliver two sets to chambers** | February 13, 2014<br><br>A list of such exhibits will be exchanged between the parties no later than January 27, 2014. |
| **Deadline to file objections to exhibits or deposition excerpts or other discovery** | February 25, 2014<br><br>Objections to affirmative deposition designations and exhibits will be exchanged between the parties no later than February 10, 2014. Objections to counter-designations will be exchanged between the parties no later than February 21, 2014. |
| **Deadline to file objections to non-expert witnesses** | February 25, 2014 |
| **Deadline to file objections to proposed voir dire questions, jury instructions, and verdict forms** | February 25, 2014 |
| **Deadline to file oppositions to motions in limine** | February 25, 2014 |
| **Deadline for Supplemental Rule 26(e) Disclosures** | February 25, 2014 |
| **Pretrial Conference** | March 18, 2014 |
| **Trial Date** | April 14, 2014<br>(7 court days) |

Dated: November 20, 2012                     JONES DAY

                                             By: /s/ Jason McDonell
                                                 Jason McDonell

                                             Attorneys for Plaintiff
                                             SHIONOGI & CO., LTD.


Dated: November 20, 2012                     CRAVATH, SWAINE & MOORE LLP

                                             By: /s/ Gary A. Bornstein
                                                 Gary A. Bornstein

                                             Attorneys for Defendant
                                             INTERMUNE, INC.


Pursuant to the parties' stipulation, IT IS SO ORDERED.


Dated: _____, 2012                 _____
                                             The Honorable Elizabeth D. Laporte
                                             United States Magistrate Judge


### Civil L.R. 5(i)(3) Attestation of Concurrence of Signatures

I, Jason McDonell, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order. Pursuant to Civil L.R. 5(i)(3), I hereby attest that Gary Bornstein, counsel for Defendant, has concurred in the filing of this document.

Dated: November 20, 2012                     JONES DAY

                                             By: /s/ Jason McDonell
                                                 Jason McDonell

                                             Attorneys for Plaintiff
                                             SHIONOGI & CO., LTD.