1
2
3                    UNITED STATES DISTRICT COURT
4                    NORTHERN DISTRICT OF CALIFORNIA
5                    SAN FRANCISCO DIVISION
6  SHIONOGI & CO., LTD.                 CASE NO. 3:12-CV-03495-EDL
   a Japanese Company,
7                                       [PROPOSED] ORDER GRANTING JOINT
                                        STIPULATION TO EXTEND TIME TO
8                Plaintiff,             SUBMIT LETTER BRIEFS
9        v.                             Complaint Filed: July 5, 2012
10  INTERMUNE, INC.                     Magistrate Judge Elizabeth D. Laporte
    a Delaware Corporation,             Courtroom E – 15th Floor
11
                 Defendant.
12
13

14        The Court has received and reviewed the parties' Joint Stipulation to Extend Time to

15  Submit Letter Briefs.  Based upon the parties' submission, IT IS HEREBY ORDERED that the

16  time for the parties to submit letter briefs to this Court regarding translation of certain discovery

17  materials is extended until November 28, 2012.

18

19  **IT IS SO ORDERED.**

20  Dated:  November 20, 2012

21                                      Magistrate Judge Elizabeth D. Laporte

22
23
24
25
26
27
28