Jason McDonell (State Bar No. 115084)
jmcdonell@JonesDay.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Plaintiff
SHIONOGI & CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**SHIONOGI & CO., LTD.,**

**Plaintiff,**

**v.**

**INTERMUNE, INC.,**

**Defendant.**

**Case No. 3:12-CV-03495-EDL**

**REVISED STIPULATION AND PROPOSED ORDER REGARDING CASE SCHEDULE FOLLOWING INITIAL CASE MANAGEMENT CONFERENCE**

During the initial case management conference held on November 13, 2012, the Court provided the parties with guidance regarding the case schedule. The parties have met and conferred and agreed to the following case schedule:

| Event | Parties' Joint Proposal |
|---|---|
| **Initial Disclosures** | October 2, 2012 |
| **Deadline to File Motions to Join Parties** | November 15, 2012 |
| **ADR 1** | By February 28, 2013 |
| **Deadline for filing motion or stipulation to Amend Pleadings** | March 15, 2013 |
| **Supplemental Rule 26(e)(1) Disclosures (as required by Magistrate Laporte's standing order)** | June 7, 2013 |
| **Close of Fact Discovery** | July 5, 2013 |
| **Identification of Opening Experts and Subjects of Testimony** | July 12, 2013 |
| **Deadline for Filing Motion to Compel (as required by Local Rule 37-3)** | July 12, 2013 |
| **Opening Expert Reports** | August 7, 2013 |
| **Rebuttal Expert Reports** | September 4, 2013 |
| **Close of Expert Discovery** | October 7, 2013 |
| **ADR 2** | TBD |
| **Deadline for Filing Motion to Compel Expert Discovery (as required by Local Rule 37-3)** | October 14, 2013 |
| **Deadline for Hearing Dispositive Motions** | December 3, 2013 |
| **Deadline for Lead Trial Counsel to Meet and Confer re (1) Joint Pretrial Conference Statement, (2) Preparation and exchange of pretrial materials, and (3) settlement of action** | February 4, 2014 |
| **Deadline to File Joint Pretrial Conference Statement** | March 4, 2014 |

| Event | Parties' Joint Proposal |
|---|---|
| **Deadline to file trial briefs and motions in limine** | March 4, 2014 |
| **Deadline to file proposed voir dire questions, jury instructions and verdict forms** | March 4, 2014 |
| **Deadline to file excerpts from discovery that will be offered at trial (including designations of deposition testimony)** | March 4, 2014<br>Affirmative designations will be exchanged between the parties no later than February 13, 2014. Counter-designations will be exchanged no later than February 27, 2014. |
| **Deadline to file exhibits setting forth the qualifications and experience of each expert witness** | March 4, 2014 |
| **Deadline to file list of each party's exhibits and to exchange premarked exhibits and deliver two sets to chambers** | March 4, 2014<br>A list of such exhibits will be exchanged between the parties no later than February 18, 2014. |
| **Deadline to file objections to exhibits or deposition excerpts or other discovery** | March 18, 2014<br>Objections to affirmative deposition designations and exhibits will be exchanged between the parties no later than March 4, 2014. Objections to counter-designations will be exchanged between the parties no later than March 13, 2014. |
| **Deadline to file objections to non-expert witnesses** | March 18, 2014 |
| **Deadline to file objections to proposed voir dire questions, jury instructions, and verdict forms** | March 18, 2014 |
| **Deadline to file oppositions to motions in limine** | March 18, 2014 |
| **Deadline for Supplemental Rule 26(e) Disclosures** | March 18, 2014 |
| **Pretrial Conference** | April 8, 2014 |
| **Trial Date** | May 5, 2014<br>(7 court days) |

Dated: November 30, 2012

JONES DAY

By: /s/ Jason McDonell
Jason McDonell

Attorneys for Plaintiff
SHIONOGI & CO., LTD.

Dated: November 30, 2012

CRAVATH, SWAINE & MOORE LLP

By: /s/ Gary A. Bornstein
Gary A. Bornstein

Attorneys for Defendant
INTERMUNE, INC.

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: ________________, 2012

______________________________
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

**Civil L.R. 5(i)(3) Attestation of Concurrence of Signatures**

I, Jason McDonell, am the ECF user whose identification and password are being used to file this Revised Stipulation and Proposed Order. Pursuant to Civil L.R. 5(i)(3), I hereby attest that Gary Bornstein, counsel for Defendant, has concurred in the filing of this document.

Dated: November 30, 2012

JONES DAY

By: /s/ Jason McDonell
Jason McDonell

Attorneys for Plaintiff
SHIONOGI & CO., LTD.