Jason McDonell (State Bar No. 115084)
jmcdonell@JonesDay.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@JonesDay.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     +1.415.626.3939
Facsimile:     +1.415.875.5700

Attorneys for Plaintiff
SHIONOGI & CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD., a Japanese company,<br><br>Plaintiff,<br><br>v.<br><br>INTERMUNE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-03495-EDL<br><br>**[PROPOSED] ORDER**<br><br>Judge:     **The Honorable Elizabeth D. Laporte** |

Having reviewed Shionogi & Co, Ltd.'s ("Shionogi") Motion to Compel, InterMune, Inc.'s ("InterMune") opposition thereto, and Shionogi's reply, and having heard argument by counsel, IT IS HEREBY ORDERED:

(1) InterMune's objection to the timing of Interrogatory No. 2 is overruled;

(2) InterMune shall serve substantive responses to Shionogi's interrogatories by January 15, 2013; and

(3) InterMune shall:

(a) use the search terms Shionogi proposed on December 5, 2012 (as modified by agreement) attached hereto as Exhibit C for InterMune's review and production of its relevant

1 | ESI, with production to be complete by _____, 2013 and significant productions in
2 | January 2013; or
3 |     (b) produce all responsive documents based on the undisputed search terms
4 | attached hereto as Exhibit A by February 1, 2013, and provide further data analysis of Shionogi's
5 | remaining search terms (attached hereto as Exhibit B) within three business days of this order.
6 | **IT IS SO ORDERED.**

Dated: December \_\_\_, 2012

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge