1  Jason McDonell (State Bar No. 115084)
   jmcdonell@JonesDay.com
2  Katherine S. Ritchey (State Bar No. 178409)
   ksritchey@JonesDay.com
3  Amir Q. Amiri (State Bar No. 271224)
   aamiri@JonesDay.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA  94104
   Telephone:     +1.415.626.3939
6  Facsimile:      +1.415.875.5700

7  Attorneys for Plaintiff
   SHIONOGI & CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHIONOGI & CO., LTD.**, a Japanese Company,<br><br>Plaintiff,<br><br>v.<br><br>**INTERMUNE, INC.**, a Delaware Corporation,<br><br>Defendant. | Case No. 3:12-cv-03495-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME** AS MODIFIED<br><br>Judge:     The Honorable Elizabeth D. Laporte |

**STIPULATION**

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Shionogi & Co., Ltd. ("Shionogi") and Defendant InterMune, Inc. ("InterMune"), each through their respective counsel of record, hereby stipulate as follows:

WHEREAS on December 20, 2012, Shionogi filed a Motion to Compel (ECF No. 45) set for hearing on January 29, 2012, with an opposition brief deadline of January 3, 2012, and a reply brief deadline of January 10, 2012;

WHEREAS Shionogi believes that an acceleration of the current briefing and hearing

schedule would be beneficial in order to resolve disputes regarding search terms and the schedule for document production and interrogatories, and will not adversely affect the schedule for the case, and InterMune does not oppose Shionogi's request for expedition.

THEREFORE, IT IS STIPULATED by both parties that, subject to Court approval, the briefing schedule and hearing date for the Motion to Compel is as follows:

1) InterMune's opposition and supporting papers to be filed by December 31, 2012;

2) Shionogi's reply brief and supporting papers to be filed by January 4, 2013;

3) InterMune reserves the right to file a cross motion regarding search terms (the "Cross-Motion") prior to the expiration of the briefing schedule described above. To the extent InterMune does so, Shionogi and InterMune stipulate that they will negotiate in good faith an expedited briefing schedule for the Cross-Motion.

4) Should the Court desire oral argument on the Motion to Compel and, if applicable, the Cross-Motion, the parties request that such argument(s) be held at the Court's earliest convenience. Shionogi and InterMune stipulate that, subject to the Court's approval, any such argument may be telephonic in light of the fact that counsel for InterMune is scheduled to try a case in the United States District Court for the Southern District of New York beginning on January 7, 2013. That trial is currently scheduled to run for four weeks with court in session on Monday through Thursday, from 7 a.m. to 3 p.m. Pacific time during that four-week period.

Respectfully submitted,

| | |
|---|---|
| Dated December 21, 2012 | December 21, 2012 |
| Cravath, Swaine & Moore, LLP | Jones Day |
| By: /s/ Gary Bornstein<br>      Gary Bornstein | By: /s/ Katherine S. Ritchey<br>      Katherine S. Ritchey |
| Counsel for Defendant<br>INTERMUNE, INC. | Counsel for Plaintiff<br>SHIONOGI & CO., LTD. |

**[PROPOSED] ORDER** AS MODIFIED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

A telephonic hearing on the motion to compel, and if applicable, cross motion to compel, will be held on January 15, 2013, at 9:00 a.m.

Date: December 26, 2012

_____
Honorable Elizabeth D. Laporte
U.S. Magistrate Judge

### Civil L.R. 5(i)(3) Attestation of Concurrence of Signatures

I, Katherine S. Ritchey, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order. Pursuant to Civil L.R. 5(i)(3), I hereby attest that Gary Bornstein, counsel for Defendant, has concurred in the filing of this document.

Dated: December 21, 2012          Jones Day

By: /s/ Katherine S. Ritchey
    Katherine S. Ritchey

Counsel for Plaintiff
SHIONOGI & CO., LTD.

SFI-799852v1

- 3 -

Stipulation 3:12-cv-03495-EDL