Jason McDonell (State Bar No. 115084)
jmcdonell@JonesDay.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@JonesDay.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939
Facsimile: +1.415.875.5700

Attorneys for Plaintiff
SHIONOGI & CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SHIONOGI & CO., LTD.**, a Japanese company,<br><br>Plaintiff,<br><br>v.<br><br>**INTERMUNE, INC.**, a Delaware corporation,<br><br>Defendant. | Case No. 3:12-cv-03495-EDL<br><br>**DECLARATION OF KATHERINE S. RITCHEY IN SUPPORT OF SHIONOGI'S REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL**<br><br>Judge:   The Honorable Elizabeth D. Laporte |

I, Katherine S. Ritchey, declare under penalty of perjury:

1. I am a partner with the law firm Jones Day and a member in good standing of the California State bar. I make this declaration in support of Shionogi & Co., Ltd.'s ("Shionogi") Motion to Compel. I am familiar with my office's case management and filing procedures and policies. I regularly use the files in this matter and am familiar with their contents. The facts set forth herein are known to me personally. If called to testify, I could and would testify competently to the matters set forth herein.

2.       Attached as Exhibit 1 hereto is a true and correct copy of excerpts of a document downloaded from InterMune's Investor Relations website, titled "Intermune-Analyst_Day_2011_(FINAL)-v2.pdf." The document is available at: http://phx.corporate-ir.net/External.File?t=1&item=VHlwZT0yfFBhcmVudElEPTQwODgwNDN8Q2hpbGRJRD00Mjg4NzQ= and was downloaded on November 12, 2012.  The website url was last accessed January 2, 2013.

3.       Attached as Exhibit 2 hereto is a true and correct copy of e-mail correspondence my associate, Amir Amiri, sent to Mr. Bornstein on December 28, 2012.  This document is maintained by Jones Day in its files in the ordinary course of business.

4.       Attached as Exhibit 3 hereto is a true and correct copy of a news release posted on InterMune's website, accessed on January 2, 2013.  The news release is available at: <http://phx.corporate-ir.net/phoenix.zhtml?c=100067&p=irol-newsArticle&ID=1755730&highlight=>.

5.       Attached as Exhibit 4 hereto is a true and correct copy of a news release posted on InterMune's website, accessed on January 3, 2013.  The news release is available at: < http://phx.corporate-ir.net/phoenix.zhtml?c=100067&p=irol-newsArticle&ID=1771036&highlight=>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this Fourth day of January, 2013 at San Francisco, California.

By:   /s/  Katherine S. Ritchey
Katherine S. Ritchey

SFI-803475

- 2 -

Ritchey Decl. ISO Mot. Compel 3:12-cv-03495-EDL