UNITED STATES DISTRICT COURT

Northern District of California

SHIONOGI & CO LTD,           **No. C 12-03495 EDL**

        Plaintiff(s),         **NOTICE ADVANCING HEARING ON MOTION TO COMPEL**

v.

INTERMUNE INC,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the hearing on the Motion to Compel, scheduled to take place on January 18, 2013 at 3:30 p.m., **has been advanced to Tuesday, January 15, 2013 at 3:15 p.m., PST**, in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Gary A. Bornstein, counsel for defendant shall appear by telephone. All other counsel shall make themselves available in person.

Dated: January 11, 2013

_____
Rose Maher, Courtroom Deputy for
Elizabeth D. Laporte,
United States Magistrate Judge