# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**ELIZABETH D. LAPORTE**  **Date:** January 15, 2013
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**  **C-12-03495** EDL

**Title:**  SHIONOGI & CO LTD v. INTERMUNE INC

**Attorneys:**  PLTF: Katherine Ritchey, Jason McDonell   DEF: Patrick Gibbs, Gary Bornstein (t)

**Deputy Clerk:**  Kristen Melen

**Court Reporter:**  Lydia Zinn   **Tape No.** 3:22- 3:43
(Time: 21 mins   )

**PROCEEDINGS:**                                    **RULINGS:**

Motion to Compel                                    Submitted

**ORDER AFTER HEARING:**

**The Court heard proffers from the parties and ordered they meet and confer regarding the issues in the motions based on the direction given.**