Jason McDonell (State Bar No. 115084)
jmcdonell@JonesDay.com
Katherine S. Ritchey (State Bar No. 178409)
ksritchey@JonesDay.com
Amir Q. Amiri (State Bar No. 271224)
aamiri@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    +1.415.626.3939
Facsimile:    +1.415.875.5700

Attorneys for Plaintiff Shionogi & Co., Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIONOGI & CO., LTD., a Japanese Company,<br><br>                    Plaintiff,<br><br>          v.<br><br>INTERMUNE, INC., a Delaware Corporation,<br><br>                    Defendant. | Case No. 3:12-CV-03495-EDL<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Magistrate Judge Elizabeth D. Laporte<br>Courtroom E – 15th Floor<br>Trial Date:   May 5, 2014 |

It is hereby stipulated and agreed that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed with prejudice. Each of the parties is to bear its own costs and attorneys' fees.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | May 24, 2013 | JONES DAY |
| 2 | | By: */s/ Jason McDonell* |
| 3 | | Jason McDonell |
| 4 | | Attorneys for Plaintiff Shionogi & Co., Ltd. |
| 7 | May 24, 2013 | LATHAM & WATKINS LLP |
| 8 | | Patrick E. Gibbs |
| 10 | | CRAVATH, SWAINE & MOORE LLP |
| 11 | | Gary A. Bornstein |
| 14 | | By: */s/ Gary A. Bornstein* |
| 15 | | Gary A. Bornstein |
| 16 | | Attorneys for Defendant InterMune, Inc. |

**Pursuant to Civil Local Rule 5-1(i), the below filer attests that concurrence in the filing of this document has been obtained from attorneys for Defendant.**

Dated: May 24, 2013

*/s/ Jason McDonell*
Jason McDonell